IN THE SUPREME COURT OF NORTH CAROLINA

No. 124A16

Filed 9 June 2017

JILLIAN MURRAY

v.

UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 782 S.E.2d 531 (2016), dismissing an appeal from an order entered on 6 November 2014 by Judge Carl R. Fox in Superior Court, Orange County, and remanding the case for further proceedings. On 9 June 2016, the Supreme Court allowed defendant's petition for discretionary review as to an additional issue. Heard in the Supreme Court on 21 March 2017.

*Law Firm of Henry Clay Turner, PLLC, by Henry Clay Turner, for plaintiff-appellee.*

*Joshua H. Stein, Attorney General, by Elizabeth A. Fisher, Assistant Solicitor General, and Laura Howard McHenry, Assistant Attorney General, for defendant-appellant.*

PER CURIAM.

As to the appeal of right based on the dissenting opinion, we affirm the majority decision of the Court of Appeals. We conclude that the petition for discretionary review as to the additional issue was improvidently allowed.

AFFIRMED; DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.